# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VAu 1-556-801

**Effective Date of Registration:**
February 11, 2025
**Registration Decision Date:**
June 17, 2025

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Wenda(White) and 5 Other Unpublished Works |
| **Content Title:** | Wenda(White) |
| | Brud(Brown) |
| | Clukr(Silver) |
| | Durple(Purple) |
| | FunBot |
| | Jevin(Blue) |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

### Author

| | |
|---|---|
| **Author:** | ShinStar LLC |
| **Author Created:** | 2 Dimensional Artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ShinStar LLC |
| | 1942 Broadway St. STE 314C, Boulder, CO, 80302, United States |

### Certification

| | |
|---|---|
| **Name:** | Tony Tsai |
| **Date:** | February 11, 2025 |

|   |   |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
|   | Basis for Registration: Registration is based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |