IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHINSTAR LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SKYLINE-USA,<br><br>      Defendant. | Case No. 25-cv-12728<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Maria Valdez** |

**PLAINTIFF'S MOTION FOR ELECTRONIC
SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff ShinStar LLC ("Plaintiff" or "Sprunki") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 28th day of October 2025.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*